IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY L. HOLMES, and <br> CHARLENA M. HOLMES, | ) <br> ) <br> ) | 8:10CV380 |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) <br> ) | **MEMORANDUM** <br> **AND ORDER** |
| NEBRASKA STATE PATROLMEN <br> OFFICE, et al, | ) <br> ) <br> ) | |
| Defendants. | ) | |

Plaintiff Tracy L. Holmes filed two Motions for Leave to Proceed in Forma Pauperis on October 6, 2010, and October 8, 2010. (Filing Nos. 2 and 5.) Upon review of Plaintiff's Motions, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that: Plaintiff Tracy L. Holmes's Motion for Leave to Proceed in Forma Pauperis filed on October 6, 2010, is granted and the Complaint shall be filed without payment of fees. (Filing No. 2.) In light of this, Plaintiff's Motion for Leave to Proceed in Forma Pauperis filed on October 8, 2010, is denied as moot. (Filing No. 5.)

DATED this 16th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge